■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MOORE, Appellant. (Appeal No. 2.) [743 NYS2d 923] —Appeal from a judgment of Steuben County Court (Furfure, J.), entered February 28, 2000, convicting defendant upon his plea of guilty of driving while ability impaired.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Moore* ([appeal No. 1] 295 AD2d 969). Present—Pine, J.P., Wisner, Kehoe, Burns and Lawton, JJ.

■ MARTHA ESCOBAR, Respondent, v JOHN P. SCANLON et al., Appellants. [743 NYS2d 917] —Appeal from an order of Supreme Court, Erie County (Cosgrove, J.), entered December 7, 2001, which amended the caption and denied defendants' motion for a change of venue.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Erie County, Cosgrove, J. Present—Pine, J.P., Wisner, Kehoe, Burns and Lawton, JJ.